# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-3211

Magnolia Portfolio LLC v. Barbara Martin

(Originating Court No. 2-13-cv-03812)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  7/23/2014

cc: Joseph T. Kelleher Esq.
Aaron D. Martin Esq.
Julie M. Murphy Esq.
Gretchen M. Santamour Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.